UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOODY,

    Plaintiff,

v.

                                  File No. 1:13-CV-1104

CITIMORTGAGE, INC. and
TROTT & TROTT, P.C.,                HON. ROBERT HOLMES BELL

    Defendants.
                                             /

## ORDER

In accordance with the Opinion issued this date,

**IT IS HEREBY ORDERED** that Defendant Trott & Trott's Motion to Dismiss (ECF No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant CitiMortgage, Inc.'s Motion to Dismiss (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant CitiMortgage, Inc.'s Motion to Cite New Authority (ECF No. 15) is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.


Dated: July 14, 2014                                /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE