UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MOODY,

    Plaintiff,

v.

CITIMORTGAGE, INC. and
TROTT & TROTT, P.C.,

    Defendants.
_____/

File No. 1:13-CV-1104

HON. ROBERT HOLMES BELL

## JUDGMENT

In accordance with the Opinion and Order entered this date,

**JUDGMENT** is entered in favor of Defendants and against Plaintiff.

Dated: July 14, 2014

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE